Nicolai Cocis, CA Bar No. 204703
nic@cocislaw.com
Law Office of Nicolai Cocis
25026 Las Brisas Road
Murrieta, CA 92562
(951) 695-1400 (phone/facsimile)

Mathew D. Staver*
court@LC.org
Horatio G. Mihet*
hmihet@LC.org
Roger K. Gannam*
rgannam@LC.org
Daniel J. Schmid*
dschmid@LC.org
Liberty Counsel
P.O. Box 540774
Orlando, FL 32854
(407) 875-1776
(407) 875-0770 (facsimile)
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| HARVEST ROCK CHURCH, INC., and HARVEST INTERNATIONAL MINISTRY, INC., itself and on behalf of its member churches in California,<br><br>*Plaintiffs*,<br><br>v.<br><br>GAVIN NEWSOM, *in his official capacity as* Governor of the State of California,<br><br>*Defendant*. | **Case No. 2:20-cv-06414**<br><br>**PLAINTIFFS' NOTICE THAT HEARING ON EMERGENCY MOTION FOR TRO IS UNNECESSARY AND SHOULD BE DISREGARDED**<br><br>**The Honorable Jesus G. Bernal**<br>Hearing Date: Jan. 4, 2021 9:00 AM |

1

**PLAINTIFFS' NOTICE THAT HEARING ON EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION IS UNWARRANTED AND UNNECESSARY**

Plaintiffs, Harvest Rock Church, Inc. and Harvest International Ministries, Inc., on behalf of itself and its member Churches, hereby submit the following Notice that a hearing on Plaintiffs' Emergency Motion for Temporary Restraining Order and Preliminary Injunction is unwarranted and unnecessary, and that Plaintiffs only included a hearing date on the Emergency Motion because of this Court's Local Rules requiring a selection of a hearing date. For the following reasons, a hearing is unnecessary and unwarranted, and a temporary restraining order and preliminary injunction should issue **immediately** without a hearing.

1. On December 3, 2020, the Supreme Court of the United States issued its Order in *Harvest Rock Church v. Newsom*, No. 20A94, 2020 WL 7061630 (U.S. Dec. 3, 2020), vacating the Ninth Circuit and this Court's previous denials of injunctive relief and instructed this Court to reconsider its previous rulings in light of *Catholic Diocese of Brooklyn* v. *Cuomo*, 592 U.S. —— (2020). (*See* dkt. 58-1, at 1).

2. Specifically, and relevant to the instant Emergency Motion, the Supreme Court stated:

> The application for injunctive relief, presented to Justice Kagan and by her referred to the Court, is treated as a petition for a writ of certiorari before judgment, and the petition is granted. The September 2 order of the United States District Court for the Central District of California is vacated, and the case is remanded to the United States Court of Appeals for the Ninth Circuit with instructions to remand to the District Court for further consideration in light of *Roman Catholic Diocese of Brooklyn v. Cuomo*, 592 U.S. —— (2020).

2020 WL 7061630, at *1; *see also Harvest Rock Church, Inc. v. Newsom*, No. 20-55907, 2020 WL 7075072, *1 (9th Cir. Dec. 3, 2020) (noting the Supreme Court's order and remanding the instant case to this Court for reconsideration).

3. More to the point, the Supreme Court's decision in *Roman Catholic Diocese v. Cuomo*, No. 20A87, 2020 WL 694835 (U.S. Nov. 25, 2020), made unequivocally clear: "the Governor's severe restrictions on applicants' religious services must be enjoined." *Id.* at *4.

4. The Governor has previously chastised Plaintiffs for seeking relief without waiting for the hearing that Plaintiffs' purportedly "noticed" in a motion. *See Harvest Rock Church v. Newsom*, No. 20-55907, dkt. 11-1 at 8 (9th Cir. 2020). But, Plaintiffs only included a hearing date in the instant motion because this Court's local rules require a motion to include such a date. *See* C.D. Cal. L.R. 7-4 ("On the first page of the notice of motion and every other document filed in connection with any motion, there shall be included, under the title of the document, the date and time of the motion hearing, and the name of the judicial officer before whom the motion has been noticed.").

5. Plaintiffs respectfully submit that neither the Supreme Court's opinion in *Catholic Diocese* nor the Supreme Court's direct order in the instant matter require any hearing on the instant Motion. The Supreme Court has made plain (and enjoined) New York's orders restricting religious worship services to 10 or 25 people as clearly violative of the First Amendment, and the Governor's orders here – which impose a total prohibition on religious worship services – are far worse than the orders already found unconstitutional in *Catholic Diocese*.

6. Plaintiffs respectfully submit that the Supreme Court's Orders in this case and its clear holding in *Catholic Diocese* make plain that the only course of action is to immediately issue the temporary restraining order and preliminary injunction, and no hearing is necessary to reach that conclusion.

7. Thus, this Court need not contemplate a hearing on Plaintiffs' instant emergency Motion, but must – consistent with a clear holding of binding Supreme Court precedent – enjoin the Governor from enforcing his unconstitutional prohibitions and restrictions on Plaintiffs' religious worship services. And, it should issue the TRO and preliminary injunction immediately to avoid the ongoing irreparable harm being imposed on Plaintiffs' Churches.

Respectfully submitted,

/s/ Nicolai Cocis
Nicolai Cocis, CA Bar No. 204703
nic@cocislaw.com
Law Office of Nicolai Cocis
25026 Las Brisas Road
Murrieta, CA 92562
Phone/Facsimile: (951) 695-1400

/s/ Daniel J. Schmid
Mathew D. Staver*
court@LC.org
Horatio G. Mihet*
hmihet@LC.org
Roger K Gannam*
rganname@LC.org
Daniel J. Schmid*
dschmid@LC.org
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 328854
Phone: (407) 875-1776
Facsimile: (407) 875-0770

*Pro Hac Vice Admission Pending

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

Case Name: *Harvest Rock Church, Inc. et. al. v. Newsom*   Case No. 2:20-cv-6414JCG(KKx)

I hereby certify that on this 4th day of December, 2020, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**PLAINTIFFS' NOTICE THAT HEARING ON EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION IS UNWARRANTED AND UNNECESSARY**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of this State of California and the United States of America that the foregoing is true and correct and that this declaration was executed on December 4, 2020, at Lynchburg, Virginia.

| Daniel J. Schmid | /s/ Daniel J. Schmid |
|---|---|
| Declarant | Signature |