Charles S. LiMandri, SBN 110841
Paul M. Jonna, SBN 265389
Jeffrey M. Trissell, SBN 292480
LIMANDRI & JONNA LLP
P.O. Box 9120
Rancho Santa Fe, CA 92067
Telephone: (858) 759-9930
Facsimile: (858) 759-9938
cslimandri@limandri.com
pjonna@limandri.com
jtrissell@limandri.com

Harmeet K. Dhillon (SBN: 207873)
Mark P. Meuser (SBN: 231335)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, CA 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593
harmeet@dhillonlaw.com
mmeuser@dhillonlaw.com

Attorneys for Plaintiffs

Thomas Brejcha, *pro hac vice*\*
Peter Breen, *pro hac vice*\*
THOMAS MORE SOCIETY
309 W. Washington St., Ste. 1250
Chicago, IL 60606
Tel: (312) 782-1680
tbrejcha@thomasmoresociety.org
pbreen@thomasmorsociety.org
\*Application forthcoming

Attorneys for Proposed *Amici Curiae*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEST ROCK CHURCH, INC., and HARVEST ROCKINTERNATIONAL MINISTRY, INC., itself and on behalf of its member churches in California,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California,<br><br>Defendant. | Case No.: 2:20-cv-6414<br><br>**Notice of Motion and Unopposed Motion for Leave to File *Amicus Curiae* Brief; and [Proposed] *Amicus Curiae* Brief of South Bay United Pentecostal Church and Bishop Arthur Hodges III in Support of Plaintiffs**<br><br>Judge: Hon. Jesus G. Bernal<br>Dept: Courtroom 1<br>Date: Dec. 8, 2020<br>Time: 2:00 p.m. |

# MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF[1]

Movants, a Pentecostal church in San Diego County, California, and its pastor, Bishop Arthur Hodges III ("South Bay"), that are litigating a substantially similar action in the Southern District of California and before the Ninth Circuit, respectfully request leave of the Court to file the attached *amicus curiae* brief in support of plaintiffs. *See Cross Culture Christian Ctr. v. Newsom*, 445 F. Supp. 3d 758, 763 (E.D. Cal. 2020) (in COVID-19 context, granting leave to file amicus curiae brief at the trial court level).

## Position of the Parties

Plaintiffs and Defendant do not oppose this motion.

## Identities of *Amici*

The proposed *amici* are a California church and its pastor. South Bay Pentecostal Church is a nonprofit public benefit corporation organized under the laws of the State of California. It does not have any parent corporation or any stock. Bishop Hodges is the Senior Pastor and Chief Executive Officer of South Bay Pentecostal Church.

## Interests of *Amici*; Summary of Proposed Brief

Movants are a California church and its pastor who are actively litigating a nearly identical case in the Southern District of California and before the Ninth Circuit. South Bay has carefully followed all of the religious liberty litigation in California challenging Governor Newsom's COVID-19 restrictions, including their own case, and cases in California Superior Court. Following the Supreme Court's denial of South Bay's emergency application for a writ of injunction, back in May, the Ninth Circuit granted South Bay limited remand to the district court for the purpose

---

[1] No counsel for a party authored this motion or the proposed *amicus* brief in whole or in part, and no person other than *amici* and their counsel made a monetary contribution to fund the motion's or brief's preparation or submission.

1

Unopposed Motion for Leave to File Amicus Curiae Brief of South Bay
United Pentecostal Church and Bishop Arthur Hodges III

of supplementing the record, and now South Bay is again litigating its challenge before the Ninth Circuit.

When plaintiffs here filed an emergency application for a writ of injunction with the Supreme Court, in late November, No. 20A94, South Bay carefully followed the proceedings. *See* Docket, https://bit.ly/3lQlJIB. Upon reviewing the Supreme Court's decision in *Roman Catholic Diocese of Brooklyn v. Cuomo*, 592 U.S. ___, 2020 WL 6948354 (2020), as well as Respondent Governor Newsom's brief in plaintiffs' emergency application, *see* Resp. Br., https://bit.ly/2Jyrk9h, South Bay determined that various statements in Governor Newsom's brief needed correcting lest the Supreme Court issue an order that prejudiced South Bay's rights in its own case, and the rights of other churches fighting in California Superior Court for the right to worship. As a result, South Bay filed an amicus curiae brief with the Supreme Court responding to Governor Newsom. *See Amicus* Brief, https://bit.ly/37K5iZu. South Bay now respectfully requests leave to submit a substantially similar version of that brief here.

In addition, South Bay's proposed *amicus* brief argues that this Court should explicitly reject the notion that Governor Newsom's "Blueprint for a Safer Economy" is neutral based on its classification of like-industries-alike, *see* Resp. Br., 11–14, 18–22, when Governor Newsom also contends that such classification is a scientific one entitled to deference. Contrary to Governor Newsom's arguments, such classification is both rebuttable and has been rebutted by preeminent experts in South Bay's own action.

Finally, relief is desperately needed from the federal judiciary. *See* Resp. Br., 16–18. In addition to civil rights actions in every federal court in California, there are pending administrative and state law actions brought by California municipalities in California state court. These actions seek thousands of dollars in fines and contempt sanctions. Clear relief is needed from the federal judiciary.

For the foregoing reasons, the proposed *amici* respectfully request that the Court grant this motion to file the attached proposed *amicus* brief.

Respectfully submitted,

LiMANDRI & JONNA LLP

Dated: December 8, 2020   By: _____
Charles S. LiMandri
Paul M. Jonna
Jeffrey M. Trissell
Attorneys for Proposed *Amici Curiae* South Bay United Pentecostal Church and Bishop Arthur Hodges III