Nicolai Cocis, CA Bar No. 204703
nic@cocislaw.com
Law Office of Nicolai Cocis
25026 Las Brisas Road
Murrieta, CA 92562
(951) 695-1400 (phone/facsimile)

Mathew D. Staver*
court@LC.org
Horatio G. Mihet*
hmihet@LC.org
Roger K. Gannam*
rgannam@LC.org
Daniel J. Schmid*
dschmid@LC.org
Liberty Counsel
P.O. Box 540774
Orlando, FL 32854
(407) 875-1776
(407) 875-0770 (facsimile)
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| HARVEST ROCK CHURCH, INC., and HARVEST INTERNATIONAL MINISTRY, INC., itself and on behalf of its member churches in California,<br><br>*Plaintiffs*,<br><br>v.<br><br>GAVIN NEWSOM, *in his official capacity as* Governor of the State of California,<br><br>*Defendant*. | **Case No. 2:20-cv-06414**<br><br>**MOTION FOR LEAVE TO FILE EXCESS PAGES IN REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION *INSTANTER***<br><br>**The Honorable Jesus G. Bernal**<br>**Hearing: Dec. 18, 2020 2:00 p.m.** |

## PLAINTIFFS' *INSTANTER* MOTION FOR LEAVE TO FILE EXCESS PAGES IN REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

Pursuant to L.R. 7-1, Plaintiffs, Harvest Rock Church, Inc. and Harvest International Ministry, Inc., itself and on behalf of its member Churches ("Plaintiffs"), by and through counsel, hereby move this Court for leave to exceed the page limit in their Reply in Support of Motion for Preliminary Injunction.

1. On December 4, 2020 Plaintiffs filed their Motion for Temporary Restraining Order and Preliminary Injunction. (Dkt. 58).

2. That same day, this Court noticed a Hearing on Plaintiffs' Motion for TRO and Preliminary Injunction to be held on December 8, 2020. (Dkt. 60).

3. Defendant responded requesting a delay in the hearing on the merits of Plaintiffs' Motion for TRO and Preliminary Injunction where it could file a response and evidentiary materials and proposed a hearing for December 18th. (Dkt. 61).

4. At the December 8 hearing, this Court granted the Governor's request and set a briefing schedule on Plaintiffs' Motion for TRO and Preliminary Injunction, allowing the Governor to respond by December 14, Plaintiffs to Reply on December 16, and scheduled a hearing for December 18.

5. On December 14, the Governor submitted his Response in Opposition to Plaintiffs' Motion (dkt. 66) and several declarations purporting to supplement the evidentiary record in this matter. (Dkt. 66-1 to 66-3, 67). All told, the Governor submitted 1,577 pages of materials opposing Plaintiffs' Motion.

6. Pursuant to this Court's Standing Order (dkt. 28), Plaintiffs are limited to 12 pages in any reply brief.

7. Given the importance and unprecedented nature of the current matter dealing with the government's orders concerning COVID-19, and the concomitant importance of

the cherished and fundamental constitutional liberties at issue in Plaintiffs' Motion for TRO and Preliminary Injunction, Plaintiffs submit that this Court's current 12-page limitation on briefs is insufficient for their Reply to adequately apprise the Court of the relevant factual and legal contentions at issue in the instant litigation. Indeed, though Plaintiffs are mindful of the interests of judicial economy, responding to 1,577 pages in a 12-page reply is simply not feasible.

8. Plaintiffs' counsel have worked diligently to limit their arguments to those of most import to the matter pending before this Court.

9. This motion is brought in good faith, and no party will be prejudiced by the granting of the relief requested herein.

10. This motion will also aid the interest of judicial economy by presenting the Court with a full presentation of the vital, constitutional issues at stake in the instant matter.

11. Prior the filing of the instant motion, Plaintiffs conferred with counsel for Defendants, who indicated that they opposed to the relief requested herein.

WHEREFORE, Plaintiffs respectfully request that this Court grant this instant Motion for leave to file excess pages in their Reply Memorandum of Law in Support of Motion for TRO and Preliminary Injunction, filed simultaneously herewith.

1                               Respectfully submitted,

2  /s/ Nicolai Cocis                 /s/ Daniel J. Schmid
   Nicolai Cocis, CA Bar No. 204703   Mathew D. Staver*
3  nic@cocislaw.com                court@LC.org
   Law Office of Nicolai Cocis        Horatio G. Mihet*
4  25026 Las Brisas Road           hmihet@LC.org
   Murrieta, CA 92562              Roger K Gannam*
5  Phone/Facsimile: (951) 695-1400    rganname@LC.org
                                         Daniel J. Schmid*
6                                          dschmid@LC.org
                                         LIBERTY COUNSEL
7                                          P.O. Box 540774
                                         Orlando, FL 328854
8                                          Phone: (407) 875-1776
                                         Facsimile: (407) 875-0770
9
                                         *Pro Hac Vice Admission Pending
10
                                 *Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

Case Name: *Harvest Rock Church, Inc.. v. Newsom*, Case No. 2:20-cv-6414JCG(KKx)

I hereby certify that on this 16th day of December, 2020, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**PLAINTIFFS' *INSTANTER* MOTION FOR LEAVE TO FILE EXCESS PAGES IN REPLY IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTIOIN**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of this State of California and the United States of America that the foregoing is true and correct and that this declaration was executed on December 16, 2020, at Lynchburg, Virginia.

| Daniel J. Schmid | /s/ Daniel J. Schmid |
|---|---|
| Declarant | Signature |